IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-00080-F

| | |
|---|---|
| ARTHUR O. ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM AND** |
| ) | **RECOMMENDATION** |
| NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This cause comes before the Court upon a complaint filed by Plaintiff (DE-1), which was referred to the undersigned for a memorandum and recommendation on whether Plaintiff has complied with the pre-filing injunction issued by this Court in In re Armstrong, No. 5:03-CV-941, 2006 WL 3408237, at *3 (E.D.N.C. January 18, 2006), *aff'd*, No. 06-1191 (4th Cir. April 20, 2006). (DE-5).

Plaintiff's persistent filing of frivolous documents compelled this Court to enter a standing order on January 18, 2006, in order to curtail his repeated litigation abuses without unduly restricting his access to the Court. (DE-3). Under the pre-filing injunction, any complaint filed by Plaintiff "must specifically identify the law(s) which plaintiff alleges was (were) violated and must allege all facts with specificity." The pre-filing injunction also requires the Court to determine whether the complaint is "repetitious and/or frivolous."

Here, Plaintiff appears to be complaining about his arrest for driving while impaired, but he has not alleged the facts with any specificity, contrary to requirements of the pre-filing injunction. Moreover, from the limited facts that are alleged, the undersigned concludes that Plaintiff's complaint is frivolous.

Thus, in accordance with the pre-filing injunction, the undersigned RECOMMENDS the following:

(1) That Plaintiff's complaint be DISMISSED;

(2) That Plaintiff be SANCTIONED $350.00 (the amount of the filing fee); and

(3) That an appeal from this order would be frivolous.

*See, e.g.*, Dismissal Order (DE-19), <u>Armstrong v. Purdue</u>, No. 5:11-CV-73-FL (E.D.N.C. Sept. 7, 2011) (dismissal order comparable to that recommended also based on pre-filing injunction).

SO RECOMMENDED in Chambers at Raleigh, North Carolina on Thursday, March 1, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE