IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-80-F

| | | |
|---|---|---|
| ARTHUR O. ARMSTRONG, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| NORTH CAROLINA; ROY COOPER; | ) | |
| AHMAD RASUL EL-AMIN, | ) | |
| Defendants. | ) | |

This matter is before the court on Memorandum and Recommendation [DE-6] of Magistrate Judge William A. Webb, entered March 1, 2012, on review of Arthur O. Armstrong's Complaint pursuant to the pre-filing injunction against him, *In re Armstrong*, No. 5:03-CV-941, 2006 WL 3408237, at *3 (E.D.N.C. Jan. 18, 2006), *aff'd*, No. 06-1191 (4th Cir. Apr. 20, 2006). Armstrong has not filed an objection thereto within the time permitted, but he has filed three additional motions.

The court hereby ADOPTS the recommendation of the Magistrate Judge as its own, and ORDERS the following:

1. Armstrong's Complaint [DE-1] is DISMISSED;

2. Armstrong is SANCTIONED the sum of **$350.00** payable to the Clerk of Court within **thirty (30) days** of the date of this order; and

3. The undersigned finds that an appeal from this order would be frivolous.

The Clerk is DIRECTED to serve a copy of this order on Armstrong via certified mail, return receipt. Until Armstrong pays the sanction in full, he may not file any document with this court.

If Armstrong successfully files any document without having paid the sanction, the Clerk is DIRECTED to strike any document filed from the record and return the document to Armstrong.

Furthermore, all pending motions herein, including Armstrong's Motion for Leave to Add Defendants [DE-7], Armstrong's Motion for Leave to File Motion for Summary Judgment [DE-8], and Armstrong's Motion for Leave to File Motion for Trial Date [DE-10], in this case are DENIED, and the clerk is directed to close this case.

SO ORDERED.

This, the 22 day of March, 2012.

_____
JAMES C. FOX
Senior United States District Judge