UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Arthur O. Armstrong, )
    Plaintiff, )
     ) **JUDGMENT**
    v. )
     ) No. 5:12-CV-80-F
North Carolina, Roy Cooper and )
Ahmed Rasul El-Amin, . )
    Defendants. )

**Decision by Court.**

**This matter came before the Honorable James C. Fox, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby adopts the recommendation of the magistrate judge as its own and orders that the plaintiff's complaint be dismissed. Armstrong is sanctioned the sum of $350.00 payable to the Clerk of Court within 30 days of the date of this order. All pending motions are denied. The Clerk is directed to close the case.

This Judgment Filed and Entered on 3/23/2012, with service via certified mail on:

Arthur O, Armstrong , 8113 Pleasant Hill Road, Elm City, NC 27822

**JULIE A. RICHARDS, CLERK**

By: *Shelia Foell*

Shelia Foell, Deputy Clerk